# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN TROY LYNCH, JR.,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-2044 |
| v. | : | (JUDGE MANNION) |
| **AUDREY GRINELL DUCASSE,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Plaintiff's motion for partial summary judgment **(Doc. 19)** is **GRANTED** to the extent that defendant is estopped from denying or otherwise controverting in this case the facts established in Pennsylvania criminal conviction proceedings.

**(2)** Defendant's motion cross-motion for partial summary judgment **(Doc 21)** is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 30, 2020**
18-2044-01