THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN TROY LYNCH, JR.,

    Plaintiff,

    v.

AUDREY GRINELL DUCASSE,

    Defendant.

3:18-CV-2044
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 15th DAY OF JUNE, 2023, upon consideration of Plaintiff's Motion *in Limine* to Preclude Evidence or Argument that Defendant Acted Reasonably and was not Negligent (Doc. 28), **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** as set forth in the Court's accompanying memorandum opinion.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge