THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN TROY LYNCH, JR.,

    Plaintiff,

    v.

AUDREY GRINELL DUCASSE,

    Defendant.

3:18-CV-2044
(JUDGE MARIANI)

## ORDER

AND NOW, THIS **15th** DAY OF JUNE, 2023, upon consideration of Plaintiff's Motion *in Limine* to Preclude Evidence Related to Alcohol and Marijuana (Doc. 32), **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED IN PART AND RESERVED IN PART** as follows:

1. Plaintiff's request that the Court preclude any evidence, testimony, or argument that the marijuana used on the night of the incident belonged to Plaintiff is **GRANTED**.

2. The Motion is **RESERVED UNTIL TIME OF TRIAL** in all other respects.

Robert D. Mariani
United States District Judge