THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN TROY LYNCH, JR., | : |
| | : |
| Plaintiff, | : |
| | : 3:18-CV-2044 |
| v. | : (JUDGE MARIANI) |
| | : |
| AUDREY GRINELL DUCASSE, | : |
| | : |
| Defendant. | : |

**XX**   Jury Verdict.

_____ Decision by Court.

The jury having found that the total amount of damages proven by Plaintiff to be in the amount of four million seven hundred fifty thousand dollars ($4,750,000.00); and the jury having further attributed to Plaintiff causal negligence in the amount of thirty-five percent (35%); and, further, the jury having been directed not to reduce the award by the percentage amount of comparative negligence attributed to Plaintiff, with further instructions that the court would perform that function, now, this **23RD DAY OF JUNE, 2023** the aforesaid total damages of $4,750,000.00 is reduced by the percentage of causal negligence attributed to Plaintiff in the amount of 35%, and judgment is **HEREBY** entered in **FAVOR OF THE PLAINTIFF**, Norman Troy Lynch, Jr., and **AGAINST THE DEFENDANT**,

Audrey Grinell Ducasse, in the amount of three million eighty-seven thousand five hundred dollars ($3,087,500.00).

_____
Robert D. Mariani
United States District Judge