THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN TROY LYNCH, JR., | : |
| Plaintiff, | : |
| | : 3:18-CV-2044 |
| v. | : (JUDGE MARIANI) |
| | : |
| AUDREY GRINELL DUCASSE, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 24th DAY OF JULY, 2023, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's "Motion to Mold the Verdict to Add Delay Damages to the Verdict Pursuant to Pennsylvania Rule of Civil Procedure 238" (Doc. 160) is **GRANTED**.

2. Pursuant to Pennsylvania Rule of Civil Procedure 238, delay damages in the amount of $982,873 are added to the compensatory damages award of $3,087,500, for a total amount of $4,070,373.

3. This Court having entered judgment in favor of Plaintiff, Norman Troy Lynch, Jr., and against Defendant, Audrey Grinell Ducasse, on June 23, 2023 (Doc. 158), the judgment is hereby **AMENDED** to reflect the award of delay damages:

    a. Judgment is entered in favor of Plaintiff, Norman Troy Lynch, Jr., and against Defendant, Audrey Grinell Ducasse, in the amount of four

million seventy thousand three hundred and seventy-three dollars ($4,070,373.00).

_____
Robert D. Mariani
United States District Judge